HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SIMON MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-000204-NONE-SKO |
|---|---|
| *Plaintiff*, | |
| vs. | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER |
| SIMON MEZA, | |
| *Defendant*. | Date:  April 23, 2021<br>Time: TBD<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference set for April 21, 2021 at 1:00 p.m. be vacated and that a change of plea hearing be set for Thursday, April 23, 2021, before the Honorable Dale. A. Drozd.  Counsel has confirmed with chambers that the Court is available to hear the matter on April 23.

The additional time between now and the date of the change of plea hearing will allow defendant to meet with counsel to discuss change of plea procedure and timeline for sentencing preparation.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the April 21, 2021 status conference for *inter alia* defense trial preparation.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

DATED:  April 8, 2021          */s/ Matthew Lemke*
                              Matthew Lemke
                              Assistant Federal Defender
                              Attorneys for Defendant
                              SIMON MEZA

                              PHILLIP A. TALBERT
                              United States Attorney

DATED:  April 8, 2021          */s/ Philip Tankovich*
                              Philip Tankovich
                              Special Assistant United States Attorney
                              Attorneys for Plaintiff

IT IS SO ORDERED.

Dated:  **April 8, 2021**                  /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

1 **O R D E R**

2  GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the status conference
3 set for April 21, 2021, before the Honorable Sheila K. Oberto is vacated, and a change of plea
4 hearing is set for April 23, 2021 at 9:30am before the Honorable Dale A. Drozd.  The time
5 period between the date of this Order and April 23, 2021 shall be excluded in the interests of
6 justice, including but not limited to, the need for the period of time set forth herein for effective
7 defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).