IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMON MEZA JR.,<br><br>Defendant. | CASE NO. 1:20-CR-00204-NONE-SKO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

  On April 15, 2021, Superior Court Judge Heather Jones for the State of California, County of Fresno, requested that the body of the above named defendant be produced in Fresno County Superior Court in order that proceedings in connection with People v. Simon Meza, F20907096, may proceed. The defendant's appearance is necessary for that hearing to proceed.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Kern County Jail(Lerdo).  Defendant Simon Meza Jr. will be before the United States District Court on April 27, 2021 at 9:30am. for a change of plea.  It appearing that the defendant needs to be present for a hearing in the state action, and that the next court appearance in the above-entitled case will not conflict with his state appearance:

  IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on April 27, 2021, for purposes of his presence at the status hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Kern County Jail(Lerdo) immediately after the proceeding has concluded on April 27, 2021.

  The Court further orders that the Fresno County Sheriff's Office or their designated agents shall produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshal Service, if the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no circumstances is the named defendant to be released from the physical custody of the Kern County Jail (Lerdo) other than for the court

1

appearances that are the subject of this Order, or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated:  **April 23, 2021**

_____
UNITED STATES MAGISTRATE JUDGE