HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
SIMON MEZA JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON MEZA JR.,<br><br>Defendant, | Case No. 1:20-cr-00204-NONE-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date: August 20, 2021<br>Time: 8:30 a.m.<br>Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Friday, July 16, 2021, before the Honorable Dale A. Drozd, be continued to Friday, August 20, 2021, at 8:30 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests additional time to obtain records, research, and complete sentencing preparation. Accordingly, the parties request a continuance to Friday, August 20, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 8, 2021         */s/ Matthew Lemke*
                            MATTHEW LEMKE
                            Assistant Federal Defender
                            Attorney for Defendant
                            SIMON MEZA JR.


PHILLIP A. TALBERT
Acting United States Attorney

DATED: July 8, 2021         */s/ KATHERINE E. SCHUH*
                            KATHERINE E. SCHUH
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Friday, July 16, 2021, before the Honorable Dale A. Drozd, be continued to Friday, August 20, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **July 8, 2021**                    _____
                                           UNITED STATES DISTRICT JUDGE